## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

EDWARD VALDEZ, an individual,
And WILD WEST SECURITY SHUTTERS, LLC,

    Plaintiffs,

v.

DANIEL HAMILTON, an individual
and GERBRIG VANDERWOUDE, an individual,

    Defendants.
_____/

CASE NO. __2:26-cv-00234__

(Fla. 20TH Cir. Case No.: 25-CA-002939)

## **DEFENDANTS' JOINT NOTICE OF REMOVAL**

Defendants GERBRIG VANDERWOUDE and DANIEL HAMILTON (collectively "Defendants") hereby remove this action from the Circuit Court of the Twentieth Judicial Circuit in and for Lee County, Florida, to the United States District Court for the Middle District of Florida, Fort Myers Division, pursuant to 28 U.S.C. §§ 1331, 1338(a), 1441, 1446, and 1454, and in accordance with M.D. Fla. Local Rule 1.06(b), based on the following grounds:

### **BACKGROUND**

1. On or about June 2, 2025, Plaintiff Wild West Security Shutters, LLC ("Wild West") filed a Complaint against Defendants in the Circuit Court of the Twentieth Judicial Circuit in and for Lee County, Florida.

2. On or about January 16, 2026, Wild West and Edward Valdez (collectively "Plaintiffs") filed their Second Amended Complaint naming Edward Valdez as an additional Plaintiff.

3. The Second Amended Complaint, unlike the prior complaints, asserts federal claims for patent infringement under 35 U.S.C. § 271 and correction of patent inventorship under 35 U.S.C. § 256 against Defendant Vanderwoude.

4. The Second Amended Complaint also asserts Florida state claims for tortious interference, defamation, injurious falsehood and violations of the Florida Deceptive and Unfair Trade Practices Act (FDUTPA) against one or both of the Defendants.

5. Defendants file this Joint Notice of Removal with thirty (30) days of Defendants' receipt of the initial pleading on which federal jurisdiction is based, *i.e.*, Plaintiffs' Second Amended Complaint.

## BASIS FOR FEDERAL JURISDICTION

6. This Court has federal question jurisdiction under 28 U.S.C. § 1331 and exclusive jurisdiction over the patent claims under 28 U.S.C. § 1338(a).

7. Removal is proper under 28 U.S.C. § 1441(a) and 28 U.S.C. § 1454 because Plaintiffs' Second Amended Complaint includes claims arising under federal patent law, including claims under 35 U.S.C. §§ 256 and 271.

## CONSENT OF ALL DEFENDANTS

8. Defendants Vanderwoude and Hamilton are the only defendants in this action. Defendant Hamilton joins in and consents to removal by taking part in this Joint Notice of Removal along with Defendant Vanderwoude.

## VENUE

9. Venue is proper in the United States District Court for the Middle District of Florida, Fort Myers Division, because this is the federal district and division that includes Lee County, Florida, where the state court action is pending. *See* 28 U.S.C. §§ 1441(a), and 1454(a). Venue is also proper under 28 U.S.C. §§ 1391 and 1400(b).

## STATE COURT RECORD

10. In accordance with 28 U.S.C. § 1446(a) and Local Rule 1.06(b), Defendants are filing with this Joint Notice of Removal true and legible copies of all docketed process, pleadings, and orders on file in this matter with the Circuit Court of the Sixth Judicial Circuit in and for Lee County, Florida, attached as **Exhibit A**, which include the documents identified below:

   a. Civil Cover Sheet, dated June 2, 2025;

   b. Complaint with Demand for Jury Trial, dated June 2, 2025;

   c. Summons issued to Gerbrig Vanderwoude, dated June 4, 2025;

   d. Summons issued to Daniel Hamilton, dated June 4, 2025;

   e. Return of Service on Summons Served, dated June 20, 2025;

    f.  Notice of Appearance by Defendant, Daniel Hamilton, dated June 26, 2025;

    g.  Motion to Dismiss filed by Defendant D. Hamilton, dated July 9, 2025;

    h.  Case Management Plan and Order, dated September 2, 2025;

    i.  Order of Referral to General Magistrate, dated September 10, 2025;

    j.  Order to Effect Service, dated October 1, 2025;

    k.  Notice of Appearance by Plaintiff, dated October 9, 2025;

    l.  Motion to Deem Motion to Dismiss Abandoned, dated October 10, 2025;

    m.  Return of Service on Summons Issued, dated October 13, 2025;

    n.  Minutes, dated October 13, 2025;

    o.  Report and Recommendation of General Magistrate, dated October 17, 2025;

    p.  Order Adopting Report and Recommendations, dated October 20, 2025;

    q.  Notice of Appearance by Defendant, Gerbrig Vanderwoude, dated October 29, 2025;

    r.  Uniform Order Setting Trial/Pretrial/Docket Sounding, dated October 30, 2025;

    s.  Order/Referral to Nonbinding Arbitration, dated October 30, 2025;

    t.  Amended Complaint, dated November 10, 2025;

    u.  Order Granting Leave to File Amended Complaint, dated November 26, 2025;

    v.  Order Granting Motion for Extension of Time, dated January 9, 2026;

    w.  Cover Letter, dated January 9, 2026;

    x.  Order to Show Good Cause, dated January 12, 2026;

y. Amended Complaint, dated January 16, 2026;

z. Notice of Non-Binding Arbitration, dated January 30, 2026; and

aa. Order Cancelling Hearing, dated February 2, 2026.

## NOTICE TO STATE COURT AND PARTIES

11. Pursuant to 28 U.S.C. § 1446(d), Defendants are will promptly provide notice to Plaintiffs of this Joint Notice of Removal by filing a copy of this notice with the Clerk of the Circuit Court of and for the Twentieth Judicial Circuit in and for Lee County, Florida.

WHEREFORE, Defendants respectfully request that this Court assume jurisdiction over this action and grant such other and further relief as the Court deems just and proper.

Dated: February 4, 2026

Respectfully submitted,

/s/ Joseph J. Weissman
Joseph J. Weissman, FBN 0041424
Frank R. Jakes, FBN 372226
JOHNSON, POPE, BOKOR,
RUPPEL & BURNS, LLP
400 N. Ashley Drive, 31st Floor
Tampa, FL 33602
Telephone: (813) 225-2500
Fax: (813) 223-7118
E-Mail: josephw@jpfirm.com
frankj@jpfirm.com

Counsel for Defendant Vanderwoude

/s/ Brian Calciano
Brian Calciano, FBN 108879
CALCIANO PIERRO, PLLC
146 Second Street North – Suite 304
St. Petersburg, Florida 33701
(727) 217-5400
Email: brian@flemploymentlaw.com
tracy@flemploymentlaw.com

Counsel for Defendant Hamilton

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on the 4th day of February, 2026, the Clerk of Court via the CM/ECF, with copies furnished via email to:

Peter A. Valone, Esq.
Vernon Litigation Group
3520 Kraft Road, Suite 203
Naples, FL 34105
Telephone: (239) 649-5390
Facsimile: (239) 294-3917
E-mail: pvalone@vernonlitigation.com
E-mail: kparrondo@vernonlitigation.com
Attorney for Plaintiff

Brian Calciano, Esq.
Calciano Pierro, PLLC
146 Second Street North – Suite 304
St. Petersburg, FL  33701
Telephone: (727) 217-5400
E-mail: brian@flemploymentlaw.com
Email: tracy@flemploymentlaw.com
Attorney for Defendant, Daniel Hamilton

/s/ Joseph J. Weissman
Joseph J. Weissman, FBN 0041424
Frank R. Jakes, FBN 372226
JOHNSON, POPE, BOKOR,
RUPPEL & BURNS, LLP
400 N. Ashley Drive, 31st Floor
Tampa, FL 33602
Telephone: (813) 225-2500
Fax: (813) 223-7118
E-Mail: josephw@jpfirm.com
frankj@jpfirm.com
Counsel for Defendant Gerbrig Vanderwoude